**Louis Muriel COX, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 4, 1973.

Rehearing Denied June 29, 1973.

Louis M. Cox, pro se.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Reversing.*

---

**Silba VEST, Appellant,**

v.

**CINCINNATI BELL, INC., et al., Appellees.**

Court of Appeals of Kentucky.

April 20, 1973.

Rehearing Denied June 29, 1973.

John Lane Ackman, Williamstown, for appellant.

Robert Cetrulo, Covington, Bruce F. Lowe, Cincinnati, Robert D. Hawkins, Dept. of Labor, Frankfort, Murrel E. Combs, Frankfort, Attorney for Special Fund, Department of Labor, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

---

**Gail HUECKER, Commissioner of Dept. of Economic Security, Appellant,**

v.

**Charlie ABNER, Appellee.**

Court of Appeals of Kentucky.

June 1, 1973.

Paul E. Tierney, Forest Smith, Dept. of Economic Security, Frankfort, for appellant.

Hollon & Hollon, Hazard, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

---

**William T. HILDRETH, Appellant,**

v.

**Evelyn T. HILDRETH, Appellee.**

Court of Appeals of Kentucky.

June 1, 1973.

Charles W. Rolph, Lexington, for appellant.

Woodson T. Wood, Maysville, for appellee.

Memorandum Opinion of the Court by Special Commissioner STEPHEN P. WHITE, JR., Reversing.*

---

* Opinion ordered not to be published.